## HOBART *v.* HOBART.

No. 355. Decided October 21, 1957.

*Baird Broomhall, William M. Harrelson* and *Richard Wilson* for appellant.

*C. V. Diedel* and *Frank E. Bazler* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.